**S. G. GONZALES v. L. M. GONZALES et al. (No. 1565.)**

(Court of Civil Appeals of Texas. El Paso. Jan. 24, 1924.)

Error from District Court, El Paso County; P. R. Price, Judge.

Davis, Jackson & Fryer, of El Paso, for plaintiff in error.

A. W. Norcop and Armstrong & Morrow, all of El Paso, for defendants in error.

HIGGINS, J. The transcript was filed in this court on October 25, 1923. The cause was submitted on January 17, 1924. Plaintiff in error has filed no brief and offered no excuse for failure so to do. The defendant in error, Mrs. L. M. Gonzales, has filed a motion to dismiss for failure to brief, to which no reply has been made.

The motion is sustained, and the writ of error is dismissed. Rule 38.

Dismissed.